IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HORATIO OMAR ROBERSON,**  Plaintiff | : : : |
| v. | : : No. 1:14-cv-2384 : : (Judge Kane) : |
| **CITY OF YORK** and **MICHAEL LEE EBERSOLE,**  Defendants | : : : |

## ORDER

**AND NOW**, on this 11th day of December 2015, **IT IS HEREBY ORDERED THAT** Defendants City of York and Michael Lee Ebersole's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 17), is **GRANTED** as follows:

1. Plaintiff's failure to train claim, Count I(A), is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff's "deliberate indifference in policy and customs" claim, Count I(B), is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's malicious prosecution claim, Count II, is **DISMISSED WITHOUT PREJUDICE**; and

4. Plaintiff's freedom of association, due process, and equal protection claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER HEREBY ORDERED THAT** Plaintiff is granted leave to amend his amended complaint (Doc. No. 12) within twenty days of the date of this order to cure the defects noted in the accompanying memorandum.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania