# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HORATIO OMAR ROBERSON,** : | |
|    Plaintiff : | |
| : | No. 1:14-cv-2384 |
| v. : | |
| : | (Judge Kane) |
| **CITY OF YORK and** : | |
| **MICHAEL LEE EBERSOLE,** : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 30th day of September 2016, **IT IS HEREBY ORDERED THAT** Defendants City of York and Michael Lee Ebersole's motion to dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 23), is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiff's second amended complaint (Doc. No. 22), is **DISMISSED WITH PREJUDICE**. The Court finds that permitting Plaintiff Horatio Omar Roberson to file a third amended complaint would be futile. The Clerk of Court is directed to close the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
